Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−16292−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mary Russo
   278 Cross Drive
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−8058

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 22, 2021.

Dated: October 22, 2021
JAN: dmi

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 21-16292-CMG

Mary Russo     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2

Date Rcvd: Oct 22, 2021     Form ID: plncf13     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Russo, 278 Cross Drive, Monroe Township, NJ 08831-4137 |
| 519279584 | + | Gold Medal, 11 Cotters Lane, East Brunswick, NJ 08816-2002 |
| 519296539 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519279586 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 22 2021 20:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 22 2021 20:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519279581 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 22 2021 20:29:37 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 519314010 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2021 20:29:39 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519279585 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 22 2021 20:19:00 | IRS, PO Box 804527, Cincinnati, OH 45280-4527 |
| 519294704 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 22 2021 20:29:43 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 519279583 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 22 2021 20:29:37 | Chase, 700 Kansas Lne, Monroe, LA 71203 |
| 519279582 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 22 2021 20:29:49 | Chase, PO Box 52045, Phoenix, AZ 85072-2045 |
| 519325647 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 22 2021 20:19:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519314810 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 22 2021 20:19:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 41101 |
| 519325582 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 22 2021 20:19:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 519279590 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2021 20:29:39 | Sears Credit Card, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 519315301 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 22 2021 20:29:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519280374 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 22 2021 20:29:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

23541-1021

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519328232 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 519279587 | * | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 519279588 | * | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 519279589 | * | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor JPMorgan Chase Bank National Association bankruptcy@fskslaw.com |
| Theodore Sliwinski | on behalf of Debtor Mary Russo tedsliwinski@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5