UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Theodore Sliwinski, Esq.
45 River Road,
East Brunswick, NJ 08816
#000731991

| | |
|---|---|
| Case No.: | 21-16292 |
| Chapter: | 13 |

In Re:

MARY RUSSO

| | |
|---|---|
| Adv. No.: | |
| Hearing Date: | |
| Judge: | CMG |

## CERTIFICATION OF SERVICE

1. I, _____ Theodore Sliwinski, Esq. _____ :

   ☒ represent _____ Mary Russo _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents

   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____ November 12, 2021 _____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.

   A copy of the Notice of Amendment of Social Security number to all three credit bureaus

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _____ 11/12/2021 _____          /s/ Theodore Sliwnski, Esq. _____
                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| To all creditors and to Trustee | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

Big 3 Credit Bureaus

| Credit Bureau | Mailing Address | Phone Number |
|---|---|---|
| TransUnion | **P.O. Box 1000 Chester, PA 19022** | 1-800-916-8800 |
| Equifax | P.O. Box 740241 Atlanta, GA 30374-0241 | 1-800-685-1111 |
| Experian | P.O. Box 2104 Allen, TX 75013-0949 | 1-888-397-3742 |

Theodore Sliwinski, Esq.
TS - 1753
45 River Road
East Brunswick, NJ 08816
Attorney for Debtor
(732) 257-0708

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
(TRENTON)

_____X

IN THE MATTER OF,

                             CHAPTER 13
                             CASE NO. 21-16292-CMG

MARY RUSSO,                 JUDGE CMG

           Debtor.

_____X

**NOTICE OF AMENDMENT TO PETITION TO
CORRECT DEBTOR'S SOCIAL SECURITY NUMBER**

     Pursuant to Rule 1009© of the Federal Rules of Bankruptcy
Procedure and Locate Bankruptcy Rule 1009-1, the debtor amends
her petition to correct her social security number. Due to a
typographical error, the petition as filed contained an incorrect
number. The debtor's correct social security numbers is

████████████

THEODORE SLIWINSKI, ESQ.
ATTORNEY FOR DEBTOR

DATE: 11/12/21

Form oavolssn – oavolssnv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21–16292–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mary Russo
278 Cross Drive
Monroe Township, NJ 08831

Social Security No.:
xxx–xx–8058

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO VOLUNTARY PETITION AND/OR
## STATEMENT ABOUT YOUR SOCIAL SECURITY NUMBERS

The Court having noted that the debtor filed an Amendment To Voluntary Petition and/or Statement About Your Social Security Numbers on 10/15/2021, and for good cause shown, it is

ORDERED that the debtor must serve a copy of this Order and the Amendment To Voluntary Petition or Statement About Your Social Security Numbers on all creditors and/or parties–in–interest and the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the debtor must mail, by regular and certified mail, a notice correcting the social security number to the three national credit reporting agencies: Experian; Trans Union Corporation; Equifax Credit Information Services, Inc., or/and their successors and assigns, at their last known address on their website and file a separate Certification of Service regarding proof of same not later than 7 days after the date of this Order.

It is further ORDERED that the creditors and/or parties–in–interest and the trustee have:

1. until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later;

3. until the original deadline fixed by the Court to object to exemptions, or 30 days from the date of this Order, whichever is later.

Dated: October 18, 2021
JAN: mjb

Christine M. Gravelle
United States Bankruptcy Judge

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number (if known):    **21-16292**

Official Form 121

# Statement About Your Social Security Numbers

12/15

Use this form to tell the court about any Social Security or federal Individual Taxpayer Identification numbers you have used. Do not file this form as part of the public case file. This form must be submitted separately and must not be included in the court's public electronic records. Please consult local court procedures for submission requirements.

To protect your privacy, the court will not make this form available to the public. You should not include a full Social Security Number or Individual Taxpayer Number on any other document filed with the court. The court will make only the last four digits of your numbers known to the public. However, the full numbers will be available to your creditors, the U.S. Trustee or bankruptcy administrator, and the trustee assigned to your case.

Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Part 1:    Tell the Court About Yourself and Your spouse if Your Spouse is Filing With You**

|  | For Debtor 1: | For Debtor 2 (Only if Spouse is Filing:) |
|---|---|---|
| 1.    Your name | **Mary** | |
| | First name | First name |
| | | |
| | Middle name | Middle name |
| | **Russo** | |
| | Last name | Last name |

**Part 2:    Tell the Court About all of Your Social Security or Federal Individual Taxpayer Identification Numbers**

2.    All Social Security Numbers you have used

▢ You do not have a Social Security Number    ▢ You do not have a Social Security Number

3.    All federal Individual Taxpayer Identification Numbers (ITIN) you have used

■ You do not have an ITIN.    ▢ You do not have an ITIN.

**Part 3:    Sign Below**

Under penalty of perjury, I declare that the information I have provided in this form is true and correct.

X  **/s/ Mary Russo**
**Mary Russo**
Signature of Debtor 1

Date    **October 15, 2021**

Under penalty of perjury, I declare that the information I have provided in this form is true and correct.

X
Signature of Debtor 2

Date